**In re Michael Wayne MONTGOMERY, a/k/a Shaka Macumba Zulu Z, Plaintiff–Appellant.**

**No. 00–7109.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 11, 2001.

Decided Jan. 17, 2001.

---

Michael Wayne Montgomery, pro se.

Before NIEMEYER, WILLIAMS, and KING, Circuit JJ.

PER CURIAM.

Michael Wayne Montgomery appeals the district court's order denying his petition for relief from a properly imposed prefiling injunction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *In re: Montgomery*, No. MISC–95–136–6 (D.S.C. July 26, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*